UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFREDO TORRES,<br><br>                              Plaintiff,<br><br>         -against-<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                              Defendant. | 23-CV-4810 (LTS)<br><br>CIVIL JUDGMENT |
| WILFREDO TORRES,<br><br>                              Plaintiff,<br><br>         -against-<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>                              Defendant. | |

Pursuant to the order issued December 5, 2023, dismissing this consolidated action, with 30 days' leave to replead,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 16, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge